1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RON KICZENSKI,

11            Plaintiff,                    Case No.  CIV-S-03-2305 MCE GGH PS

12       vs.

13   JOHN ASHCROFT, et al.,

14            Defendant.              ORDER

15   _____/

16            On May 17, 2005, defendants filed a motion to amend the status (pretrial

17   scheduling) order in order to file a summary judgment motion, which is currently set for hearing

18   on July 21, 2005.  The court finds that a hearing on defendants' motion is not necessary, and

19   instead grants defendants' motion.  Other than the dispositive motion permitted herein, the

20   currently scheduled dates for pretrial and trial are not modified.

21            Accordingly, IT IS ORDERED that:

22            1.  Defendants shall file and serve their summary judgment motion by June 30,

23   2005.

24            2.  Plaintiff shall file and serve his opposition by July 14, 2005.

25            3.  Defendants may file a reply by July 21, 2005.

26   /////

1         4.  Defendants' motion for summary judgment will be heard on July 28, 2005, at

2  10:00 a.m. in courtroom 24.

3  DATED:   5/25/05

4

5                            /s/ Gregory G. Hollows

                               UNITED STATES MAGISTRATE JUDGE

6  GGH:076/kiczenski.hrg.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26