IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON KICZENSKI,

        Plaintiff,                            Case No.  CIV-S-03-2305 MCE GGH PS

   vs.

JOHN ASHCROFT, et al.,

        Defendant.                        <u>ORDER</u>

_____/

        Due to pending summary judgment motions which may not be decided before the currently set pretrial and trial dates of September 19 and November 2, 2005, those dates will be vacated pending a district court decision on the motions. New dates will be set, if necessary, after the motions are decided.

        Accordingly, IT IS ORDERED that:

        1. The pretrial conference, scheduled for September 19, 2005, is vacated.

        2. The trial date, set for November 2, 2005, is vacated.

DATED:  8/30/05

                                     /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE

GGH:076/kiczenski.trl.wpd

1