# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

| | |
|---|---|
| RON KICZENSKI,<br><br>　　　Plaintiff - Appellant,<br><br>v.<br><br>JOHN ASHCROFT; et al.,<br><br>　　　Defendants - Appellees. | No. 06-15709<br>D.C. No. CV-03-02305-MCE<br><br><br>**ORDER** |

This appeal has been taken in good faith　[ ]

This appeal is not taken in good faith　　[✓]

Explanation: _____

_____

_____

_____

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Judge   MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　Date: ___APR 27 2006___